

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Moore Freight Services, Inc., Charles "Chip" Strader, and XMEX Transports, L.L.C., | § | No. 08-14-00254-CV |
| | § | |
| Appellants. | § | Appeal from the |
| | § | 168th District Court |
| v. | § | of El Paso County, Texas |
| Lorena Munoz, Ind. and on Behalf of the Est. of Lorenzo Munoz, and as N/F of CM, a Minor Child, Leslie Munoz, Virginia Munoz, Jessica Lopez, as N/F of AF and JL, Minor Children and heirs to the Est. of Roger Franceware, Dec., Rosa Franceware, Individually and as Next Friend of E.L.F., a Child. | § | (TC# 2010-4169 ) |
| | § | |
| | § | |
| | § | |
| Appellees. | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellants' Charles "Chip" Strader, and XMEX Transports,

L.L.C., third motion for extension of time within which to file the brief until **August 28, 2015**.

NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S

BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Valerie R. Auger, the Appellant's attorney, prepare

the Appellant's brief and forward the same to this Court on or before August 28, 2015.

IT IS SO ORDERED this 28th day of July, 2015.

PER CURIAM

Berfore McClure, CJ., Rodriguez and Hughes, JJ.
(Hughes, J., not participating)